No. 93–7773. BOOTHE v. STANTON. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 93–7774. BYNUM v. STATE FARM INSURANCE CO. Ct. App. Ga. Certiorari denied.

No. 93–7775. HOOD v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7776. BYERS v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 93–7789. KELLY v. MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN MATEO. C. A. 9th Cir. Certiorari denied.

No. 93–7790. JONES v. SNYDER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 93–7791. HARPER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7792. ELINE v. BISHOP ESTATE ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7800. GARCIA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–7806. PITTS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–7819. BROWN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7822. CORETHERS v. FRIEDMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7827. GATES, AKA HAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7830. DILLARD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7831. MACK v. KENZIE ET AL. C. A. 2d Cir. Certiorari denied.